FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 12 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18-MJ-03427-BPB |
| | ) | |
| v. | ) | |
| | ) | |
| **ANDREW TRE BETTELYOUN**, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF TIME FOR GRAND JURY PRESENTMENT AND REQUEST FOR ORDER TOLLING SPEEDY TRIAL TIME COMPUTATION

1. I am the defendant in this criminal proceeding.

2. I understand that I have a right to have my case presented to the grand jury within 30 days of my arrest pursuant to 18 U.S.C. § 3161(b).

3. I hereby request a continuance of grand jury presentment for an additional period not to exceed 60 days for a total of 90 days from the date of my arrest. By that, I mean that I request a total period of 90 days be excluded from the calculation of the speedy indictment provision of 18 U.S.C. § 3161(b). I further request that the Court, without objection from the United States, enter an order providing that the above-referenced time period be excluded from speedy indictment computation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a grand jury at a later date, consistent with this waiver.

_[signature]_ 12-12-18
ANDREW TRE BETTELYON
Defendant

    I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

_[signature: J. T. Haddad for]_
HAKOP J. MKHITARIAN
Defense Counsel
Date: 12-11-18