IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 18-MJ-03427-BPB |
| ) | |
| v. ) | |
| ) | |
| **ANDREW TRE BETTELYOUN,** ) | |
| ) | |
| Defendant. ) | |

## SECOND WAIVER OF TIME FOR GRAND JURY PRESENTMENT
## AND REQUEST FOR ORDER TOLLING SPEEDY TRIAL TIME COMPUTATION

1. I am the defendant in this criminal proceeding.

2. I understand that I have a right to have my case presented to the grand jury within 30 days of my arrest pursuant to 18 U.S.C. § 3161(b).

3. On December 12, 2018, I waived grand jury presentment for an additional 60 days and requested the Court exclude a total 90 days from calculation of speedy indictment. (Doc. 9). The Court granted this request. (Doc. 10).

4. I hereby request a continuance of grand jury presentment for an additional period not to exceed 30 days for a total of 120 days from the date of my arrest. By that, I mean that I request a total period of 120 days be excluded from the calculation of the speedy indictment provision of 18 U.S.C. § 3161(b). I further request that the Court, without objection from the United States, enter an order providing that the above-referenced time period be excluded from speedy indictment computation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

1

5. If I cannot reach an agreement with the United States Attorney's Office, I understand that my case will be presented to a grand jury at a later date, consistent with this waiver.

_____
ANDREW TRE BETTELYON
Defendant

I have reviewed the foregoing document with my client and represent to the Court that he understands it. I further represent to the Court that I believe it is in my client's best interest to agree to the contents of this document.

_____
HAKOP J. MKHITARIAN
Defense Counsel
Date: 1/18/19