FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 22 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 18-MJ-03427-BPB |
| v. ) | |
| ) | |
| **ANDREW TRE BETTELYOUN,** ) | |
| ) | |
| Defendant. ) | |

## SECOND ORDER TOLLING SPEEDY TRIAL TIME COMPUTATION

The Court having reviewed the *Second Waiver of Time for Grand Jury Presentment and Request for Order Tolling Speedy Trial Computation* (Doc. 13), and finding that the Court previously tolled the speedy indictment computation for sixty days (Doc. 10), now finds that the ends of justice served by allowing the request to toll the speedy indictment computation for an additional thirty days outweigh the interest of the defendant and public in a speedy indictment. The Court expressly finds that the public and defendant's interests in a speedy indictment is outweighed by (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to a speedy indictment; and (3) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that pursuant to 18 U.S.C. § 3161(h)(7)(A), an additional period of time not to exceed 30 days (for a total of 120 days) is hereby excluded from the computation of a speedy indictment under 18 U.S.C. § 3161(b).

_____
UNITED STATES MAGISTRATE JUDGE